# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KENT,  <br><br>　　　　Plaintiff,  <br><br>　　v.  <br><br>INFINITY PHARMACEUTICALS, INC., SAMUEL AGRESTA, DAVID BEIER, ANTHONY EVNIN, RICHARD GAYNOR, SUJAY KANGO, ADELENE PERKINS, NORMAN SELBY, and BRIAN SCHWARTZ,  <br><br>　　　　Defendants | Case No. 1:23-cv-00658-MN  <br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: July 21, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*